UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LONNIE WASHINGTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00206-JRS-KMB |
| FLUERY, AFFLOYAN, BLATON, | ) ) ) ) ) |
| Defendants. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

In accordance with the Order granting defendants Fluery, Affloyan, and Blaton's motion for summary judgment, and the Court's earlier Screening Order, dkt. 11, the Court enters **FINAL JUDGMENT** against Lonnie Washington, and in favor of defendants such that Mr. Washington shall take nothing by way of his Complaint.

**IT IS SO ORDERED.**

Date: 9/2/2025

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

LONNIE WASHINGTON
978703
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810

Carlton Wayne Anker
Lewis and Wilkins LLP
anker@lewisandwilkins.com

Elijah B. Mollet
Lewis And Wilkins LLP
emollet@lewisandwilkins.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com